UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 
YUSEF A. HARRIS, ISHMAEL C. HARRIS,
GREGORY S. HARRIS, and ORAL R.
SINCLAR,

         Plaintiffs,

     -against-

THE CITY OF NEW YORK et al.,

         Defendants.
------------------------------------------------------------X

23-CV-6344 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

  On October 12, 2023, I directed Plaintiffs, proceeding pro se, to "file a status letter with the Court on the progress of locating an attorney and otherwise prosecuting this action by December 11, 2023." (Doc. 9.) To date, Plaintiffs have not filed such a letter. Accordingly, it is hereby:

  ORDERED that Plaintiffs shall file a letter with the Court by January 15, 2024, indicating whether they have been able to locate counsel to bring any claims on behalf of the Harris Brothers that Plaintiffs may not permissibly bring in their own right.

  Failure to comply with this Order will result in dismissal of the case under Federal Rule of Civil Procedure 41(b). *See, e.g.*, *Smith v. Dinoia*, No. 19-cv-4471, 2020 WL 4041449, at *1–2 (S.D.N.Y. July 17, 2020) (dismissing for failure to prosecute where plaintiff was unresponsive despite warnings that case could be dismissed for failure to prosecute).

  The Clerk of Court is respectfully directed to mail a copy of this Order and the Order pending at Doc. 9 to Plaintiffs at their last known address.

SO ORDERED.

Dated: December 12, 2023
    New York, New York

                       _____
                       VERNON S. BRODERICK
                       United States District Judge