UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
YUSEF A. HARRIS, ISHMAEL C. HARRIS,   :
GREGORY S. HARRIS, and ORAL R.   :
SINCLAR,   :
: 23-CV-6344 (VSB)
Plaintiffs,   :
: **ORDER**
-against-   :
:
THE CITY OF NEW YORK *et al.*,   :
:
Defendants.   :
:
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of a letter, filed by Plaintiffs on January 5, 2024, seeking leave to amend their Complaint under Rule 15 of the Federal Rules of Civil Procedure.  (Doc. 11.)  Plaintiffs further request that this case be reassigned to Judge Vyskocil as related to *Buari v. City of New York et al.*, No. 18-cv-12299.  (*Id.* at 11.)  Accordingly, it is hereby:

  ORDERED that Defendants shall respond to Plaintiffs' letter by January 16, 2024.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs at their last known address.

SO ORDERED.

Dated: January 9, 2024
    New York, New York

                    VERNON S. BRODERICK
                    United States District Judge