UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :
YUSEF A. HARRIS, ISHMAEL C. HARRIS,      :
GREGORY S. HARRIS, and ORAL R.
SINCLAR,

                                                23-CV-6344 (VSB)

                        Plaintiffs,

                                                  **ORDER**

              -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On March 4, 2025, Plaintiffs filed a motion to correct clear error under Federal Rule of Civil Procedure 60(b)(1). (Doc. 22.) Defendants are directed to file their response, if any, by April 15, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiffs.

SO ORDERED.

Dated:    March 25, 2025
              New York, New York

                                                          _____
                                                             VERNON S. BRODERICK
                                                              United States District Judge